```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

                                   :
MICHAEL ALETUM
                                   :
    v.                             :   Civil Action No. DKC 20-1793
                                   :
PERFECT SETTINGS, LLC
                                   :
```

**MEMORANDUM OPINION AND ORDER**

Plaintiff seeks a two-week extension to file his response to Defendant's motion for summary judgment. Defendant opposes the request based on Plaintiff's previous delays in prosecuting his case. For the following reasons, the motion will be granted.

Plaintiff initially was proceeding without counsel and he requested and received several extensions both to file a response to Defendant's motion to dismiss and then to file an amended complaint. Counsel then entered an appearance on the extended deadline and moved for further extensions, which were not opposed by Defendant. The Amended Complaint was filed on August 30, 2021, Defendant answered, and discovery took place. The parties jointly requested one extension in that schedule. Defendant filed its motion for summary judgment on June 10, 2022. On the date a response was due, counsel for Plaintiff filed the pending request for the two-week extension. He reports that communication with

Plaintiff is challenging, counsel's workload is heavy at present, and he has travel plans over the upcoming holiday.

While Defendant's frustration with the pace of litigation is understandable, the requested extension is reasonable and will be granted.  Plaintiff and his counsel are cautioned, however, that the practice of repeatedly seeking extensions, and doing so on the deadline, should not be repeated.

Accordingly, the motion for extension of time is GRANTED and Plaintiff's response to Defendant's motion for summary judgment must be filed by July 8, 2022.


Date: June 28, 2022                         /s/
                                   DEBORAH K. CHASANOW
                                   United States District Judge